IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH ASHLEY ANDREWS,<br><br>         Plaintiff,<br><br>– against –<br><br>ADIRONDACK INSURANCE EXCHANGE,<br><br>         Defendant. | Civil Case No.: 5:24-cv-00999-DNH-MJK |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sarah Ashley Andrews hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendant Adirondack Insurance Exchange.

Dated: August 15, 2024           Respectfully Submitted,

                  /s/ Daniel C. Perrone
                  Daniel C. Perrone
IT IS SO ORDERED:          **PERRONE LAW LLC**
                  3600 NJ-66, Suite 150
                  Neptune, New Jersey 07753
                  (833) 287-6748
David N. Hurd               dcp@theperronefirm.com
U.S. District Judge

Dated: 08-15-2024